for a trial de novo, rather than seek an appeal to this Court. Appellant made no such application for a trial de novo. Therefore, the appeal must be dismissed.

### III. CONCLUSION

The appeal is dismissed.

ROBERT G. DOWD, JR., GLENN A. NORTON, JJ., Concur.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

**Bryan WEIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 97686.**

Missouri Court of Appeals,
Eastern District.

Aug. 28, 2012.

Susan K. Roach, Clayton, MO, for appellant.

Timothy Allan Blackwell, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Bryan Weis ("Movant") appeals the motion court's judgment, after an evidentiary hearing, denying his motion for post-conviction relief pursuant to Rule 24.035.

**Terrish LANDRUM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 97725.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 28, 2012.

Timothy J. Forneris, St. Louis, MO, for Appellant.

Chris Koster, Mary H. Moore, Jefferson City, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

Terrish Landrum appeals from the motion court's denial of his Rule 29.15 motion